1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   IGNACIO POLVOS PENA,

11              Plaintiff,                    No. CIV S-07-1539 MCE KJM P

12        vs.

13   R.M. BLACKWELL, et al.,

14              Defendants.                   ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma

19   pauperis on the form used by this district.  Accordingly, plaintiff's application will be dismissed

20   and plaintiff will be provided the opportunity to submit the application on the appropriate form.

21            In accordance with the above, IT IS HEREBY ORDERED that:

22            1.  Plaintiff's application to proceed in forma pauperis is dismissed without

23   prejudice;

24            2.  The Clerk of the Court is directed to send plaintiff a new Application to

25   Proceed In Forma Pauperis By a Prisoner; and

26   /////

1

1          3.  Plaintiff shall submit, within thirty days from the date of this order, a

2  completed application to proceed in forma pauperis.  Plaintiff's failure to comply with this order

3  will result in a recommendation that this action be dismissed without prejudice.

4  DATED:  October 12, 2007.

5  _____

6  U.S. MAGISTRATE JUDGE

7  1
8  pena1539.3d

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26